## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BARBARA ALLENSWORTH, Individually, and as Administrator of THE ESTATE OF DAVID ALLENSWORTH, <br><br> Plaintiffs, <br> vs. <br><br> CANADIAN HOME ROTORS, *et al.*. <br><br> Defendants. | Case No.: 3:07-cv-03051 <br><br> STATUS REPORT |

## STATUS REPORT

Now comes the Plaintiff, BARBARA ALLENSWORTH, individually, and as Administrator of the ESTATE OF DAVID ALLENSWORTH, by and through her counsel, Clapp, Desjardins & Ely, PLLC and Rammelkamp Bradney, P.C., and hereby submits the following report on the status of service in this case:

1.  Plaintiff contacted the Defendant CANADIAN HOME ROTORS twice by mail, including a copy of the complaint and waiver of service provided by the Court each time. Defendant CANADIAN HOME ROTORS has not returned the waiver of service.

2.  Plaintiff requested that the Clerk issue a Summons to the Defendant CANADIAN HOME ROTORS in this action.

3.  Summons was issued on May 25, 2007.

4.  Summons was served on Defendant, CANADIAN HOME ROTORS June 19, 2007. See the Affidavit of Michael Ely attached hereto as Exhibit A.

5. Defendant, CANADIAN HOME ROTORS has not answered or otherwise appeared in this case.

Wherefore, Plaintiff, BARBARA ALLENSWORTH, individually and as Administrator of the ESTATE OF DAVID ALLENSWORTH, prays that this court discharge the Rule to Show Cause issued in this case, that the matter not be dismissed for want of prosecution, but that a default judgment be entered against Defendant, CANADIAN HOME ROTORS and that the matter be set for hearing on damages./ / /

Respectfully submitted this 18 day of July, 2007.

| RAMMELKAMP BRADNEY, P.C. | CLAPP, DESJARDINS & ELY, PLLC |
|---|---|
| s/ Gary L. Cline | s/Michael B. Ely |
| Gary L. Cline, 6180124 | Michael B. Ely (*pro hac vice*) |
| RAMMELKAMP BRADNEY, P.C. | CLAPP, DESJARDINS & ELY, PLLC |
| 520 E. Allen St. | 444 North Capitol St., NW |
| Springfield, IL 62703 | Hall of the States, Suite 828 |
| T: (217) 522-6000 | Washington, D.C. 20001 |
| Fax: (217) 522-6080 | T: (202) 638-5300 |
| gcline@rblawyers.net | Fax: (202) 393-1725 |
| *Attorney for Plaintiff* | mbe@cdelaw.net |
| | *Attorney for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

BARBARA ALLENSWORTH,
Individually, and as Administrator of
THE ESTATE OF DAVID
ALLENSWORTH,

    Plaintiffs,
vs.

CANADIAN HOME ROTORS, *et al.*.

    Defendants.

Case No.: 3:07-cv-03051

AFFIDAVIT AND DECLARATION
OF SERVER

### AFFIDAVIT AND DECLARATION OF SERVER

I, MICHAEL B. ELY, having personal knowledge and being of competent mind, do hereby attest to the following:

1) I am the attorney of record in this case and my business address is 444, North Capitol St., NW, Hall of the States, Ste. 828, Washington, DC 20001;

2) On **June 7, 2007**, I caused to be deposited in the U.S. mail a time stamped copy of Plaintiff's Complaint and summons to the Defendant CANADIAN HOME ROTORS in the above captioned action (*See* USPS Form 3806, Receipt for Registered Mail, attached hereto and incorporated by reference as Exhibit "1");

3) The Complaint and summons were in English, and these documents were sent via International Registered Mail, Return Receipt (article no.RB270961337US), addressed to the Defendant, CANADIAN HOME ROTORS, P.O. Box 370, 4 Roy Street, Ear Falls,



ON POV 1TO, in accordance with the Canada's 1988 accession to the Hague Convention for the Service Abroad of Judicial Documents, and pursuant to Ontario Regulation 114/99, Rule 6(Service of Documents) (attached hereto and incorporated by reference as Exhibits "2" and "3" respectively);

4) The Return Card (article no. RB270961337US) was signed for on **June 19, 2007** (*See* USPS Return Receipt for International Mail card, attached hereto and incorporated by reference as Exhibit "4"), and returned to my office via regular mail.

I declare under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

Executed this 11th day of July, 2007.

                                      Respectfully submitted

                                      /S/ Michael B. Ely
                                      MICHAEL B. ELY
                                      Affiant

| Registered No. RB270961337US | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | $10.15 | | | 0113 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 22 |
| Postage | $1.93 | Restricted Delivery | $0.00 | 06/07/07 |
| Received by | | | | |
| Customer Must Declare Full Value $0.00 / 0.00 | | ☐ With Postal Insurance ☒ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

OFFICIAL USE

FROM: (2001)PP, DESJORDINS & ELY, PLLC
444 N. CAPITOL ST.
HALL OF THE STATES, SUITE 828
WASHINGTON DC 20001

TO: CANADIAN HOME ROTORS
PO BOX 370
4 ROY STREET
EAR FALLS, ON POV 1TO

PS Form 3806,  Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)           (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

EXHIBIT 1

2. Methods of service employed by the Central Authority (Article 5)

2.1 Formal service (Article 5, paragraph 1, sub-paragraph *a*)

In Canada, service will be effected according to the methods of service prescribed by the laws in force in each province and territory.

The normal procedure that will be used by Central Authorities in Canada is personal service made by a sheriff or deputy sheriff or a *huissier* in Quebec, on an individual or on a corporation by handing a copy of the document to the defendant in person, wherever he may be, or to the President, Chairman or other Chief Officer of a corporation at the place of business. Service may also be effected by leaving a copy of the document with a person of a reasonable age at the defendant's domicile or residence.

Where service is made on a corporation, provincial laws usually provide for service on a director or senior officer of the corporation or, in some cases, on a registered agent or on a responsible person at the registered office of the corporation.

2.2 Informal delivery (Article 5, paragraph 2)

The practice of informal delivery ("par simple remise") of judicial or extrajudicial documents is not known in Canada.

2.3 Service by a particular method (Article 5, paragraph 1, sub-paragraph *b*)

In Alberta, New Brunswick and Ontario, service will be made by certified mail at the option of the requesting party. In Ontario, the Central Authority will serve by any form of mail, at the option of the requesting party.

2.4 Translation requirements (Article 5, paragraph 3)

For both formal service and service by a particular method, translation requirements will depend on the province or territory concerned.

For Alberta, British Columbia, Newfoundland, Nova Scotia, Prince Edward Island, Saskatchewan, all documents must be written in or translated into English.

For Ontario, Manitoba, the Northwest Territories and Nunavut, all documents must be written in or translated into English or French.

For New Brunswick and the Yukon, all documents must be written in or translated into English or French. The Central Authority of New Brunswick or the Yukon may reserve the right to require documents to be translated into English or French depending on the language understood by the addressee.

For Quebec, translation will be required in all cases where the recipient does not understand the language in which the document is written. All documents which commence actions must be translated. Summary translation of all other documents is acceptable if the recipient agrees. Translation is to be done into the French language; however, the Quebec Central Authority may, upon request, allow a translation in English at the condition that the recipient understands this language.



EXHIBIT
2

# Courts of Justice Act

## ONTARIO REGULATION 114/99

*Amended to O. Reg. 120/07*

## FAMILY LAW RULES

**Notice of Currency:*** This document is up to date.

*This notice is usually current to within two business days of accessing this document. For more current amendment information, see the Table of Regulations - Legislative History Overview.

*This is the English version of a bilingual regulation.*

**CONTENTS**

| | |
|---|---|
| 1. | General |
| 2. | Interpretation |
| 3. | Time |
| 4. | Representation |
| 5. | Where a case starts and is to be heard |
| 6. | Service of documents |
| 7. | Parties |
| 8. | Starting a case |
| 8.1 | Mandatory information program in the Superior Court of Justice in Toronto |
| 9. | Continuing record |
| 10. | Answering a case |
| 11. | Amending an application, answer or reply |
| 12. | Withdrawing, combining or splitting cases |
| 13. | Financial statements |
| 14. | Motions for temporary orders |
| 15. | Motions to change a final order or agreement |
| 16. | Summary judgment |
| 17. | Conferences |
| 18. | Offers to settle |
| 19. | Document disclosure |
| 20. | Questioning a witness and disclosure |
| 21. | Report of Children's Lawyer |
| 22. | Admission of facts |
| 23. | Evidence and trial |
| 24. | Costs |
| 25. | Orders |
| 26. | Enforcement of orders |
| 27. | Requiring financial information |
| 28. | Seizure and sale |
| 29. | Garnishment |
| 30. | Default hearing |
| 31. | Contempt of court |
| 32. | Bonds, recognizances and warrants |
| 33. | Child protection |
| 34. | Adoption |
| 35. | Change of name |
| 36. | Divorce |
| 37. | Interjurisdictional Support Orders Act, 2002 |
| 37.1 | Provisional Orders and Confirmation of Provisional Orders - Divorce Act, Family Law Act |
| 38. | Appeals |



| | |
|---|---|
| 39. | Case management in Family Court of Superior Court of Justice |
| 40. | Case management in Ontario Court of Justice |
| 41. | Case management in the Superior Court of Justice (other than the Family Court of the Superior Court of Justice) |
| 42. | Appointment of Family Case Manager in the Family Court of the Superior Court of Justice in Ottawa |

# RULE 6: SERVICE OF DOCUMENTS

## METHODS OF SERVICE

**6. (1)** Service of a document under these rules may be carried out by regular service or by special service in accordance with this rule, unless an Act, rule or order provides otherwise. O. Reg. 114/99, r. 6 (1).

## REGULAR SERVICE

(2) Regular service of a document on a person is carried out by,

(a) mailing a copy to the person's lawyer or, if none, to the person;

(b) sending a copy by courier to the person's lawyer or, if none, to the person;

(c) depositing a copy at a document exchange to which the person's lawyer belongs;

(d) faxing a copy to the person's lawyer or, if none, to the person; or

(e) carrying out special service. O. Reg. 114/99, r. 6 (2).

**UNITED STATES POSTAL SERVICE**

Return Receipt for International Mail
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des États-Unis d'Amérique

Par Avion

Return by the quickest route (air or surface mail), à découvert and postage free

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)

CLAPP, DESJARDINS & ELY, PLLC
444 North Capitol St., NW
Hall of the States, Ste 828
Washington, DC 20001-1579

UNITED STATES OF AMERICA — États-Unis d'Amérique

PS Form 2865, February 1997   Avis de réception   CN07 (Old C5)

---

Item Description (Nature de l'envoi) — Registered Article (Envoi recommandé) ☐  Letter (Lettre) ☐  Printed Matter (Imprimé) ☐  Other (Autre) ☐  Recorded Delivery (Envoi à livraison attestée) ☐  Express Mail International ☐

Insured Parcel (Colis avec valeur déclarée) ☐   Insured Value (Valeur déclarée)   Article Number

Office of Mailing (Bureau de dépôt)   Date of Posting (Date de dépôt)

Canadian Home Rotors
P.O. Box 370
4 Roy Street
Ear Falls, ON  POV 1TO

This receipt must be signed by: (1) the addressee, or (2) a person authorized to sign under the regulations of the country of destination, or (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)   Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)



EXHIBIT 4