E-FILED
Thursday, 19 July, 2007  10:50:17 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BARBARA ALLENSWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.  07-CV-3051 |
| | ) | |
| CANADIAN HOME ROTORS, et al., | ) | |
| | ) | |
| Defendants . | ) | |

## <u>ORDER OF DEFAULT</u>

## BEFORE U.S. MAGISTRATE JUDGE BYRON CUDMORE:

This cause coming on to be heard before the Court upon Plaintiff's Status Report [4] requesting entry of default as to Defendant Canadian Home Rotors.  The Court, being fully advised in the premises, finds that Defendant Canadian Home Rotors has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure. Defendant Canadian Home Rotors is a business located in Ontario, Canada.  Pursuant to Plaintiff's Status Report, after two attempts to obtain a waiver of service from Defendant, Plaintiff served Defendant Canadian Home Rotors via certified mail, return receipt requested. The return card for that mailing was signed as received on June 19, 2007.  This type of service is in keeping with Federal Rule of Civil Procedure 4(f)(1) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents for Ontario, Canada.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant Canadian Home Rotors for its failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure, the Hague Convention, and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiff makes application to the District Court for the entry of a default judgment against Defendant Canadian Home Rotors.

ENTERED   July 19, 2007

s/ Byron G. Cudmore

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE