**Canadian Home Rotors Inc.**
P. O. Box 370, 4 Roy Street
Ear Falls, Ontario, P0V 1T0  (807) 222-2474
Canada
Website:    www.acehelicopter.com



July 16, 2007

Mr. Gary L. Cline
Rammelkamp Bradney, P. C.
520 E. Allen Street
Springfield, IL  62703

CASE # 3:07-CV-3051-RM-BGC

FILED
JUL 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Re:     Allensworth

Dear Mr. Cline,

    We have received the documents regarding the complaint of Barbara Allensworth. We have not been unconcerned about the pending legal proceeding; however, we are unable to afford counsel to defend the company in this matter.
    While we deeply regret the loss of our friend and Mrs. Allensworth's husband, Canadian Home Rotors, Inc. (CHR) is not responsible for his death.
    A number of allegations in the complaint are incorrect.
    In the case of an aircraft categorized as "experimental" by the Federal Aviation Administration, the builder is considered to be the manufacturer. In the case of this particular machine, we did not sell the kit to Mr. Allensworth. He purchased it from another party.
    We have no proof that the tail rotor spindle in Mr. Allensworth's machine was provided by CHR. It was a homebuilt aircraft, and had been rebuilt by Mr. Allensworth, a skilled machinist with considerable equipment in his shop, after an earlier incident. That incident was a result of pilot error.
    The tail rotor assembly, in which the part in question is found, is shipped to the buyer of a kit as a complete unit. There are no parts contained in that unit that we recommend the owner replace.
    The design of the part in question was unchanged until August 28, 2005 because it had never been implicated in an accident, except when the owner had disassembled the tail rotor assembly and reassembled it incorrectly. We have no reason to this day to believe that there exists any design flaw or defect in the parts we produce.
    We do understand that this letter has no legal standing. We realize that your firm will pursue this matter, and there is little we can do to prevent that. We have no insurance, as product liability cannot be purchased for an "experimental, homebuilt helicopter kit." While we have been in business for many years, we have not been profitable for the last several years, and have no assets to speak of. We do not have the thousands of dollars it would take to defend ourselves. If you like, we can provide financials or tax returns for the company. Our fiscal year ends June 30, so we are just completing the accounting for this year, and the tax returns have not been completed. We can send you what we have.

Sincerely,

*Murray Sweet*
Murray Sweet
President

cc:     Clapp, Desjardins and Ely, PLLC
       Clerk of Court
       United States District Court
       Barbara Allensworth

*Developed In Ear Falls – Flown Around The World*