| | |
|---|---|
| BARBARA ALLENSWORTH, Individually, and as Administrator of THE ESTATE OF DAVID ALLENSWORTH,<br><br>           Plaintiffs,<br>      vs.<br><br>CANADIAN HOME ROTORS, *et al..*<br><br>           Defendants. | **Case No.: 3:07-cv-03051** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007 , I electronically filed the foregoing with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Gary Cline: gcline@rlawyers.net, Patricia Hunt: phunt@rblawyers.net, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Michael Ely
CLAPP DESJARDINS & ELY PLLC
444 North Capitol St, NW
Hall of the States
Suite 828
Washington, DC 20001

Canadian Home Rotors
P.O. Box 370
4 Roy Street
Ear Falls, ON POV ITO

s/ Gary L. Cline
Gary L. Cline, 6180124
Attorney for Plaintiff
RAMMELKAMP BRADNEY, P.C.
520 E. Allen Street
Springfield, IL  62703
Telephone:  (217) 522-6000
Fax:  (217) 522-6080
E-mail: gcline@rblawyers.net