**E-FILED**
Monday, 15 October, 2007  02:47:06 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BARBARA ALLENSWORTH, | ) | |
| Individually, and as Administrator of | ) | |
| THE ESTATE OF DAVID | ) | |
| ALLENSWORTH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-3051 |
| | ) | |
| CANADIAN HOME ROTORS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiff's motion for default judgment under Federal Rule of Civil Procedure 55 and request for a hearing on Plaintiff's damages.

In support of the motion, the Plaintiff states that service of the summons and complaint was in compliance with Canada's 1988 accession to the Hague Convention for the Service Abroad of Judicial Documents, and

1

pursuant to the Hague Convention for the Service Abroad of Judicial Documents, and pursuant to Ontario Regulation 114/99, Rule 6 (Service of Documents).

Service was effectuated over Defendant Canadian Home Rotors on June 19, 2007. The Defendant did not file an answer or otherwise plead or request additional time in order to answer the complaint. On July 19, 2007, United States Magistrate Judge Byron G. Cudmore entered an Order of Default against the Defendant. The Plaintiff then filed the instant motion.

The only document on file with the Court which was submitted by the Defendant is a letter to the Plaintiff's counsel from the president of the corporate Defendant. The letter from Murray Sweet, which is dated July 16, 2007 and was entered on July 20, states that the Defendant was not at fault and has no money.

The Defendant has failed to plead or otherwise defend against the Plaintiff's complaint. The Court further notes that the Defendant has not properly responded to the Plaintiff's motion for default judgment.

Accordingly, the Court finds that the Plaintiff is entitled to judgment.

Ergo, the Plaintiff's motion for default judgment [d/e 8] is ALLOWED. Pursuant to Rule 55(b)(2), a hearing to determine the damages suffered by the Plaintiff is hereby scheduled for November 6, 2007 at 2:00 p.m.

ENTER: October 15, 2007

FOR THE COURT:

s/Richard Mills
United States District Judge

3