**E-FILED**
Thursday, 15 November, 2007  05:15:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| BARBARA ALLENSWORTH,<br>Individually, and as Administrator of<br>THE ESTATE OF DAVID<br>ALLENSWORTH, | ) <br> ) <br> ) <br> ) <br> ) | |
| | ) | No. 07-3051 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Judgment Order |
| | ) | |
| CANADIAN HOME ROTORS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT ORDER

RICHARD MILLS, U.S. District Judge:

The Court, having found for the Plaintiff, hereby awards the following

damages:

1. Damages for the funeral and burial expenses of David Allensworth

$  7,944.95

2. Damages for the Plaintiff Barb Allensworth's past economic loss of support of her husband

$  11,500.98

3. Damages for the Plaintiff Barb Allensworth's future economic loss of support of her husband

$  121,805.88

4.  Damages for the mental and/or physical pain and suffering of David Allensworth prior to his death

$   1,000,000.00

5.  Damages for Barb Allensworth's past loss of companionship, guidance, advice, love and affection of her husband

$   500,000.00

6.  Damages for Barb Allensworth's future loss of companionship, guidance, advice, love and affection of her husband

$   2,500,000.00

7.  Damages for Melissa Baier's past loss of companionship, guidance, advice, love and affection of her father

$   250,000.00

8.  Damages for Melissa Baier's future loss of companionship, guidance, advice, love and affection of her father

$   1,500,000.00

TOTAL DAMAGES          $   5,891,251.81

Judgment is hereby entered accordingly in the total amount of $5,891,251.81, in favor of the Plaintiffs and against the Defendants.

This 15th day of November, 2007.

FOR THE COURT:

s/Richard Mills
United States District Judge