AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**BARBARA ALLENSWORTH,**
**Individually, and as Administrator of**
**THE ESTATE OF DAVID ALLENSWORTH**

        vs.                        Case Number:     **07-3051**

**CANADIAN HOME ROTORS, et al.**

☐  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX  DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to a Judgment Order entered by the Honorable Richard Mills, judgment is hereby entered in the total amount of $5,891,251.81, in favor of the Plaintiffs and against the Defendants.

ENTER this 15th day of November, 2007

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ C. Cathcart
_____
BY:  DEPUTY CLERK